Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
Brandt Silver-Korn (SBN 323530)
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

**[Additional Counsel Listed on Signature Page]**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE

| | |
|---|---|
| IN RE:  APPLE INC. APP STORE SIMULATED CASINO-STYLE GAMES LITIGATION | Case No. 5:21-md-02985-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE PLEADINGS AND CASE MANAGEMENT**<br><br><br>Judge:   Hon. Edward J. Davila |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

WHEREAS, on June 28, 2021, Plaintiffs filed Dkt. 29, Motion for Pretrial Consolidation and Appointment of Interim Lead Counsel and Plaintiffs' Executive Committee ("Leadership Motion") in *In re: Apple Inc. App Store Simulated Casino-Style Games Litigation*, MDL 2985 ("Apple MDL");[1]

WHEREAS, Plaintiffs filed an identical motion in *In re: Google Play Store Simulated Casino-Style Games Litigation*, MDL 3001 (the "Google MDL")[2] and *Wilkinson v. Facebook*, No. 21-cv-2777-EJD (the "Facebook cases")[3];

WHEREAS, counsel for Apple objected to Plaintiffs' proposed plan to consolidate and/or relate the cases pending in the Apple MDL, the Google MDL, and the Facebook cases;

WHEREAS, among other concerns, Apple expressed the importance of protecting its confidential and proprietary information, notwithstanding the overlapping leadership structure Plaintiffs' propose with respect to the Apple MDL, the Google MDL, and the Facebook cases;

WHEREAS, counsel for Apple has conferred with counsel for Plaintiffs in an effort to reach compromises intended to minimize unnecessary expenditure of judicial and party resources;

---

[1] The actions in MDL 2985 include only *Custodero v. Apple Inc.*, No. 5:20-01320 (N.D.N.Y.)*; Hoose v. Apple Inc.*, No. 5:21-cv-01676 (N.D. Cal.); *Larsen v. Apple Inc.*, No. 2:20-01652 (N.D. Ala.); *Lowe v. Apple Inc.*, No. 4:21-cv-01144 (N.D. Cal.); *McCloskey v. Apple Inc.*, No. 3:20-00434 (S.D. Ohio); *McDonald v. Apple Inc.*, No. 5:21-cv-02461 (N.D. Cal.); *Nelson, et al. v. Apple Inc.*, No. 5:21-cv-00553 (N.D. Cal.); *Payton v. Apple Inc.*, No. 1:20-04326 (N.D. Ga.); *Stephens v. Apple Inc.*, No. 21−00055 (N.D. Miss.); *Viglietti v. Apple Inc.*, No. 2:20-02773 (W.D. Tenn.); *Workman v. Apple Inc.*, No. 3:20-01595 (D. Conn.) (collectively, the "Apple Actions").

[2] *Andrews v. Google, LLC et al.*, No. 5:21-cv-02100-EJD (N.D. Cal.); *Brown v. Google, LLC et al.*, No. 8:20-cv-01311-BKS-DJS (N.D.N.Y); *Bruschi v. Google, LLC et al.*, No. 5:21-cv-01992-EJD (N.D. Cal.); *Klotz v. Google, LLC et al.*, No. 5:21-cv-04618-EJD (N.D. Cal.); *Long v. Google, LLC et al.*, No. 5:21-cv-01589-EJD (N.D. Cal.); *Lords v. Google, LLC et al.*, No. 5:21-cv-01725-EJD (N.D. Cal.); *Montoya v. Google, LLC et al.*, No. 5:21-cv-04619-EJD (N.D. Cal); *Smith v. Google, LLC et al.*, No. 5:21-cv-04620-EJD (N.D. Cal.); *Solomon v. Google LLC et al.*, No. 5:21-cv-03227-NC (N.D. Cal.); *Sparks v. Google, LLC et al.*, No. 5:21-cv-01516-EJD (N.D. Cal.); *Valencia-Torres v. Google, LLC et al.*, No. 5:21-cv-04556-EJD (N.D. Cal.) (collectively, the "Google Actions").

[3] *Wilkinson et al. v. Facebook, Inc.*, No. 3:21-cv-02777 (N.D. Cal.) and *Boorn v. Facebook*, No. 4:21-cv-0281 (N.D. Cal.) (the "Facebook Actions").

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:21-md-02985-EJD

2

**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 312.589.6370 • Fax: 312.589.6378

EAST\184179332.1

WHEREAS, the Parties agree that the cases in the Apple MDL should be consolidated only with each other, and not with the Google MDL and the Facebook cases;

WHEREAS, the Parties agree that, with respect to cases in the Apple MDL, the Google MDL, and the Facebook cases (including any subsequently related or tag-along cases), consolidation is not appropriate and informal coordination is preferable over formal relatedness pursuant to N.D. Cal. L.R. 3-12 because it allows the Parties and the Court the greatest flexibility to efficiently manage these cases, particularly given that these cases are in early stages and much information about how they will proceed is unknown;

WHEREAS, as part of informal coordination, the Parties agree to meet and confer with respect to the timing of Apple's responsive pleading, and if that pleading is a motion (or motions), a briefing schedule;

WHEREAS, as part of informal coordination, the Parties agree that

(1) The briefing schedule for any initial motion under Rule 12 shall correspond with the briefing schedule for any similar motions in the Google MDL and the Facebook cases;

(2) In the Court's discretion, a joint hearing on any Rule 12 motions filed by Apple may be heard at the same time as any similar motions filed by Google and Facebook in the Google MDL and the Facebook cases, respectively; and

(3) In the Court's discretion, case management conferences in the Apple MDL may be held on the same schedule as case management conferences in cases in the Google MDL and the Facebook cases, for as long as makes sense given any divergent interests or scheduling issues that may develop in the future;

WHEREAS, as part of informal coordination, Apple does not intend to agree to joint briefs, joint discovery, and/or joint trials with the cases in the Google MDL and coordinated Facebook proceeding, and if joint briefing, discovery, or trials is proposed by any Party or the Court, Apple respectfully requests the opportunity to brief that issue;

WHEREAS, Plaintiffs have agreed to file a single master consolidated complaint;

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:21-md-02985-EJD

3

**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 312.589.6370  •  Fax: 312.589.6378

EAST\184179332.1

1    WHEREAS, the Parties agree to a stay of all discovery pending the resolution of (i) any

2  initial Rule 12 motions that Apple should file, and (ii) in the event any initial Rule 12 motions are

3  granted in full, such that all claims are dismissed, any subsequently-filed Rule 12 motions in

4  response to any permitted, subsequently-filed amended pleadings;

5    WHEREAS, Apple has agreed not to oppose Plaintiffs' leadership plan, such that

6  Plaintiffs' Motion for Pretrial Consolidation and Appointment of Interim Lead Counsel and

7  Plaintiffs' Executive Committee **is unopposed**.

8    WHEREAS, Apple nevertheless reserves its right to file a statement of no more than ten

9  pages describing certain of its positions relevant to statements made in the Leadership Motion;

10    NOW, THEREFORE, all Parties to the Apple MDL stipulate to,[4] and respectfully request

11  that the Court enter the attached [Proposed] Order containing, the following agreements:

12    1.  Plaintiffs shall file a single Master Complaint within sixty (60) days of the
13        Court's resolution of Plaintiffs' Motion for Pretrial Consolidation and
          Appointment of Interim Lead Counsel As Well As Plaintiffs' Executive
14        Committee;

15    2.  In the event that Apple believes the single Master Complaint improperly alleges
          multiple inconsistent theories, Apple reserves its right to object to any such
16        perceived pleading inconsistencies;

17    3.  Upon the filing of the single Master Complaint, counsel shall meet and confer
          with respect to the timing of Apple's responsive pleading, and if that pleading is a
18        motion, a briefing schedule, and any briefing schedule shall be consistent with the
          briefing schedule in the Google MDL and the Facebook cases;

19    4.  All discovery in the Apple MDL shall be stayed pending the Court's resolution of
20        all initial Rule 12 motions.  In the event any initial Rule 12 motions are granted in
          full, such that all claims are dismissed, discovery shall remain stayed pending the
21        Court's resolution of any subsequently-filed Rule 12 motions in response to any
          permitted, subsequently-filed amended pleadings. In the event that the Court
22        enters an order on any initial Rule 12 motions granting the motion in part but
          stating that certain claims will proceed, then discovery of the dismissed claims
23        will remain stayed, but the parties will reserve their respective rights to seek or
          oppose discovery regarding those claims that the Court's order may allow to
24        proceed.

25  _____

26  [4] All parties expressly reserve, and do not waive, all rights and defenses, including but not
    limited to those based on jurisdiction, venue, standing, applicable arbitration agreements and/or
27  class action waivers, and failure to state a claim upon which relief may be granted.

28  STIPULATION AND [PROPOSED] ORDER                4              **EDELSON PC**
    CASE NO. 5:21-md-02985-EJD                               150 California Street, 18th Floor
                                                             San Francisco, CA 94111
                                                        Tel: 312.589.6370 • Fax: 312.589.6378

5. All actions in the Apple MDL identified in Footnote 1 shall be consolidated;

6. No action in the Apple MDL shall be consolidated with any other actions, including but not limited to the Google MDL and/or the Facebook cases, or any related or tag-along cases that may be filed in the future *except* such related or tag-along cases centralized into the Apple MDL;

7. Plaintiffs withdraw their request that the Court consolidate and/or relate the actions in the Apple MDL with any other actions, including but not limited to the Google MDL and/or the Facebook cases;

8. The Parties agree that informal coordination among counsel in the Apple MDL, the Google MDL, and the Facebook cases is preferable to, and more appropriate than formal relatedness pursuant to N.D. Cal. L.R. 3-12;

9. The Parties agree that any document produced in the Apple MDL shall not be used for any purpose in any other actions, including the Google MDL or the Facebook cases, or any related or tag-along cases later filed, and the parties shall concurrently negotiate a protective order that protects Apple's confidential and proprietary information and includes, at a minimum, the following terms:

    a. To the extent that any one of Defendants in the Apple MDL provides Protected Material under the terms of the Protective Order to Plaintiffs, Plaintiffs shall not share that material with the Defendants in the Google MDL or the Facebook cases absent express written permission from the producing Defendant.

    b. Protected Material must be stored and maintained by a Receiving Party at a location in the United States and in a secure manner that ensures that access is limited to the persons authorized under this Order.

    c. The Parties agree that the following information, if non-public, shall be presumed to merit the "CONFIDENTIAL – ATTORNEYS' EYES ONLY" designation:  trade secrets, pricing information, financial data, sales information, sales or marketing forecasts or plans, business plans, sales or marketing strategy, product development information, engineering documents, testing documents, employee information, and other non-public information of similar competitive and business sensitivity.

10. In reliance on the agreements contained in this stipulation, Apple will not oppose Plaintiffs' Motion for Pretrial Consolidation and Appointment of Interim Lead Counsel As Well As Plaintiffs' Executive Committee.[5]

---

[5]    For the avoidance of doubt, Plaintiffs acknowledge and agree that Apple reserves, and does not waive, all rights to object to any requests for attorney's fees that may later be made or any argument on any future motion for class certification, and also may present a statement of position of no more than ten pages with respect to Plaintiff's proposed lead counsel structure. In addition to the matters noted in footnote 4, the parties acknowledge and agree that except as provided herein each party reserves, retains, does not prejudice, and does not waive any of its rights, defenses, or claims.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:21-MD-02985-EJD

5

**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 312.589.6370 • Fax: 312.589.6378

EAST\184179332.1

1

2

3

4  Dated: August 9, 2021                 **EDELSON PC**

5

6                                        By: /s/ Todd Logan
                                              RAFEY S. BALABANIAN (Bar No. 315962)
7                                             rbalabanian@edelson.com
                                              TODD LOGAN (Bar No. 305912)
8                                             tlogan@edelson.com
                                              BRANDT SILVER-KORN (Bar No. 323530)
9                                             bsilverkorn@edelson.com
                                              150 California Street, 18th Floor
10                                            San Francisco, CA 94111
                                              Tel:   415.212.9300
11                                            Fax:   415.373.9435

12

13  Dated: August 9, 2021                 **TYCKO & ZAVAREEI LLP**

14

15                                        By: /s/ Andrea R. Gold
                                              ANDREA R. GOLD
16                                            agold@tzlegal.com
                                              1828 L Street NW Suite 1000
17                                            Washington, DC 20036
                                              Tel:   202.973.0900
18                                            Fax:   202.973.0950

19

20                                            HASSAN A. ZAVAREEI
                                              hzavareei@tzlegal.com
21                                            1828 L Street NW Suite 1000
                                              Washington, DC 20036
22                                            Tel:   202.973.0900
                                              Fax:   202.973.0950

23

24  Dated: August 9, 2021                 **KOPELOWITZ OSTROW FERGUSON**
                                          **WEISELBERG GILBERT**
25

26

27

28

EAST\184179332.1

By: /s/ Jason H. Alperstein
JASON H. ALPERSTEIN
alperstein@kolawyers.com
1 West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
Tel:    954.525.4100
Fax:   954.525.4300

KRISTEN LAKE CARDOSO
cardoso@kolawyers.com
1 West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
Tel:    954.525.4100
Fax:   954.525.4300

Dated: August 9, 2021            **BURSOR & FISHER. P.A.**

By: /s/ Philip L. Fraietta
PHILIP L. FRAIETTA
pfraietta@bursor.com
888 Seventh Avenue
New York, NY 10019
Tel:    646.837.7150
Fax:   212.989.9163

Dated: August 9, 2021            **TOUSLEY BRAIN STEPHENS, PLLC**

By: /s/ Cecily C. Shiel
CECILY C. SHIEL*
cshiel@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Tel:    206.682.8600
Fax:   206.682.2992

Dated: August 9, 2021            **DOVEL & LUNER, LLP**

By: /s/ Simon Franzini
SIMON FRANZINI (Bar No. 287631)
simon@dovel.com
GREGORY S. DOVEL (Bar No. 135387)
201 Santa Monica Blvd, Suite 600

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
CASE NO. 5:21-MD-02985-EJD

7

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 312.589.6370  •  Fax: 312.589.6378

EAST\184179332.1

|   |   |
|---|---|
| 1 |  |
| 2 |  |

Santa Monica, CA 90401
Tel:   310.656.7077
Fax:   310.656.7069

3   Dated: August 9, 2021          **DAVIS & NORRIS, LLP**

4

5                                  By: /s/ John E. Norris

6                                      JOHN E. NORRIS
                                       jnorris@davisnorris.com
7                                      D. FRANK DAVIS
                                       fdavis@davisnorris.com
8                                      WESLEY W. BARNETT
                                       wbarnett@davisnorris.com
9                                      DARGAN M. WARE
                                       dware@davisnorris.com
10                                     SCOTT CONNALLY
                                       sconnally@davisnorris.com
11                                     2154 Highland Avenue South
                                       Birmingham, AL 35205
12                                     Tel:   205.930.9900
                                       Fax:   205.930.9989
13

14

15   Dated: August 9, 2021          **STEYER LOWENTHAL BOODROOKAS
                                     ALVAREZ & SMITH LLP**

16                                   By: /s/ Jill M. Manning

17                                       Jill M. Manning (State Bar No. 178849)
                                         235 Pine Street, 15th Floor
18                                       San Francisco, CA 94104
                                         Tel: (415) 421-3400
19                                       Fax: (415) 421-2234

20

21   Dated: August 9, 2021          **PEARSON, SIMON & WARSHAW, LLP**

22                                   By: /s/ Daniel L. Warshaw

23                                       DANIEL L. WARSHAW (Bar No. 185365)
                                         dwarshaw@pswlaw.com
24                                       15165 Ventura Boulevard, Suite 400
                                         Sherman Oaks, CA 91403
25                                       Tel:   (818) 788-8300
                                         Fax:   (818) 788-8104

26

27                                       MELISSA S. WEINER (*pro hac vice*)

28   STIPULATION AND [PROPOSED] ORDER                8              **EDELSON PC**
     CASE NO. 5:21-md-02985-EJD                                     150 California Street, 18th Floor
                                                                    San Francisco, CA 94111
                                                                    Tel: 312.589.6370  •  Fax: 312.589.6378

EAST\184179332.1

1

mweiner@pswlaw.com
800 LaSalle Avenue, Suite 2150

2

Minneapolis, MN 55402
Telephone: (612) 389-0600

3

Facsimile: (612) 389-0610

4

5

Dated: August 9, 2021

6

**DLA PIPER LLP (US)**

7

8

By:   */s/ John Samuel Gibson*
_____

9

JOHN SAMUEL GIBSON (Bar No. 140647)
john.gibson@us.dlapiper.com

10

**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower

11

Los Angeles, CA 90067-4704

12

Tel:   310.595.3039
Fax:   310.595.3339

13

*Attorneys for Defendant Apple Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:21-md-02985-EJD

9

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 312.589.6370 • Fax: 312.589.6378

EAST\184179332.1

1

**[PROPOSED] ORDER**

2

Having considered the parties' Stipulation and [Proposed] Order, the Court hereby

3

GRANTS the parties' Stipulation.

4

5

6

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8

9

DATE: _____August 20_____ , 2021          _____

10

Honorable Edward J. Davila
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 312.589.6370 • Fax: 312.589.6378

EAST\184179332.1