Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

*Interim Lead Counsel for Plaintiffs*

[Additional Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. APP STORE SIMULATED CASINO-STYLE GAMES LITIGATION | Case No. 5:21-md-02985-EJD <br><br> Judge: Hon. Edward J. Davila <br><br> **CONSOLIDATED JOINT STATUS REPORT** |
| IN RE: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION | Case No. 5:21-md-03001-EJD <br><br> Judge: Hon. Edward J. Davila <br><br> **CONSOLIDATED JOINT STATUS REPORT** |
| IN RE: FACEBOOK SIMULATED CASINO-STYLE GAMES LITIGATION | Case No. 5:21-cv-02777-EJD <br><br> Judge: Hon. Edward J. Davila <br><br> **CONSOLIDATED JOINT STATUS REPORT** |

CONSOL. JOINT STATUS REPORT
Case Nos. 21-md-02985-EJD; 21-md-03001-EJD;
21-cv-02777-EJD

**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

Pursuant to the Court's July 3, 2023 notice directing the parties to file a Joint Status Report, dkt. 114, the Parties jointly report that the Ninth Circuit granted Apple, Google, and Meta's petitions for permission to appeal under 28 U.S.C. § 1292(b), as well as Plaintiffs' conditional cross-petitions. *Custodero et al. v. Apple Inc.*, No. 22-80099, Dkt. 11 (9th Cir. Dec. 13, 2022); *Andrews et al. v. Google LLC*, No. 22-80098, Dkt. 9 (9th Cir. Dec. 13, 2022); *Wilkinson et al. v. Facebook, Inc.*, No. 22-80100, Dkt. 11 (9th Cir. Dec. 8, 2022). The Clerk subsequently opened dockets for the appeals and cross-appeals, and the Circuit Mediator issued orders setting forth briefing schedules.

The briefing schedule for the three appeals and cross-appeals is as follows:

- July 24, 2023: Deadline for Apple, Google, and Meta's opening briefs.
- September 25, 2023: Deadline for Plaintiffs' combined answering brief on appeal and opening brief on cross-appeal.
- November 13, 2023: Deadline for Apple, Google, and Meta's combined reply briefs on appeal and answering briefs on cross-appeal.
- December 18, 2023: Deadline for Plaintiffs' optional reply brief on cross-appeal.

*See Custodero*, No. 22-16914, Dkt. 14 (9th Cir. Feb. 14, 2023); *Andrews*, No. 22-16921, Dkt. 9 (9th Cir. Feb. 14, 2023); *Wilkinson*, No. 22-16888, Dkt. 11 (9th Cir. Feb. 14, 2023).

Unless the Court orders otherwise, the Parties will submit a further status report once the Ninth Circuit resolves the appeal or in nine months, whichever is sooner.

Dated: July 14, 2023

**EDELSON PC**

By: /s/ Todd Logan

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
Brandt Silver-Korn (SBN 323530)
bsilverkorn@edelson.com
150 California Street, 18th Floor
San Francisco, CA 94111

CONSOL. JOINT STATUS REPORT
Case Nos. 21-md-02985-EJD; 21-md-03001-EJD; 21-cv-02777-EJD

1

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

| | |
|---|---|
| 1 | Tel: 415.212.9300 |
| | Fax: 415.373.9435 |
| 2 | |
| | *Plaintiffs' Interim Lead Counsel* |
| 3 | *Plaintiffs' Law and Briefing Counsel* |
| 4 Dated: July 14, 2023 | **DLA PIPER LLP (US)** |
| 5 | By: /s/ John Samuel Gibson |
| 6 | John Samuel Gibson (SBN 140647) |
| | john.gibson@us.dlapiper.com |
| 7 | 2000 Avenue of the Stars |
| | Suite 400 North Tower |
| 8 | Los Angeles, CA 90067-4704 |
| | Tel: 310.595.3039 |
| 9 | Fax: 310.595.3339 |
| 10 | |
| | Brooke Kim (SBN 239298) |
| 11 | brooke.kim@dlapiper.com |
| | 4365 Executive Drive, Suite 1100 |
| 12 | San Diego, CA 92121 |
| | Tel: 619.699.3439 |
| 13 | Fax: 619.764.6739 |
| 14 | |
| 15 | *Attorneys for Defendant Apple Inc.* |
| 16 Dated: July 14, 2023 | **BAKER & McKENZIE LLP** |
| 17 | By: /s/ Teresa H. Michaud |
| 18 | Teresa H. Michaud (SBN 296329) |
| | teresa.michaud@bakermckenzie.com |
| 19 | Sara Victoria M. Pitt (SBN 317911) |
| | sara.pitt@bakermckenzie.com |
| 20 | 10250 Constellation Blvd., Suite 1850 |
| | Los Angeles, CA 90067 |
| 21 | Tel: 310.201.4728 |
| | Fax: 310.201.4721 |
| 22 | |
| 23 | Bradford Newman (SBN 178902) |
| | bradford.newman@bakermckenzie.com |
| 24 | Alexander G. Davis (SBN 287840) |
| | alexander.davis@bakermckenzie.com |
| 25 | 600 Hansen Way |
| | Palo Alto, CA 94304 |
| 26 | Telephone: 650.856.2400 |
| | Facsimile: 650 856 9299 |
| 27 | |

CONSOL. JOINT STATUS REPORT
Case Nos. 21-md-02985-EJD; 21-md-03001-EJD; 21-cv-02777-EJD

2

**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

|   |   |
|---|---|
|   | *Attorneys for Google LLC and Google Payment Corp.* |
| Dated: July 14, 2023 | **GIBSON, DUNN & CRUTCHER LLP** |
|   | By: /s/ Christopher Chorba |
|   | Christopher Chorba (SBN 216692)<br>cchorba@gibsondunn.com<br>Timothy Loose (SBN 241037)<br>tloose@gibsondunn.com<br>Patrick J. Fuster (SBN 326789)<br>pfuster@gibsondunn.com<br>Adrienne Liu (SBN 331262)<br>aliu@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:  213.229.7000<br>Facsimile:  213.229.7520 |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Behnam Dayanim *(pro hac vice)*<br>bdayanim@paulhastings.com<br>1152 15th Street, NW<br>Washington, DC 20005<br>Telephone:  202.339.8400<br>Facsimile:  202.339.8500 |
|   | *Attorneys for Defendant Meta Platforms, Inc. (formerly known as Facebook, Inc.)* |

CONSOL. JOINT STATUS REPORT
Case Nos. 21-md-02985-EJD; 21-md-03001-EJD; 21-cv-02777-EJD

3

EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) of the Northern District of California, I hereby certify that the content of this document is acceptable to John Gibson, Teresa H. Michaud, and Christopher Chorba, and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: July 14, 2023        By: /s/ Todd Logan
                                Todd Logan
                                Attorney for Plaintiffs

CONSOL. JOINT STATUS REPORT
Case Nos. 21-md-02985-EJD; 21-md-03001-EJD; 21-cv-02777-EJD

4

**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9435