UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FACEBOOK SIMULATED CASINO-STYLE GAMES LITIGATION,<br><br>------------------------------<br><br>KATHLEEN WILKINSON, individually and on behalf of all others similarly situated; et al.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>   Defendant - Appellant. | No. 22-16888<br><br>D.C. No. 5:21-cv-02777-EJD<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |
| In re: FACEBOOK SIMULATED CASINO-STYLE GAMES LITIGATION,<br><br>------------------------------<br><br>KATHLEEN WILKINSON, individually and on behalf of all others similarly situated; et al.,<br><br>   Plaintiffs - Appellants, | No. 22-16889<br><br>D.C. No. 5:21-cv-02777-EJD<br>U.S. District Court for Northern California, San Jose |

|  |  |
|---|---|
| v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>            Defendant - Appellee. | |
| In re: APPLE INC. APP STORE SIMULATED CASINO-STYLE GAMES LITIGATION,<br><br>------------------------------<br><br>FRANK CUSTODERO; et al.,<br><br>            Plaintiffs - Appellees,<br><br>v.<br><br>APPLE INC.,<br><br>            Defendant - Appellant. | No. 22-16914<br><br>D.C. No. 5:21-md-02985-EJD<br><br>U.S. District Court for Northern California, San Jose |
| In re: APPLE INC. APP STORE SIMULATED CASINO-STYLE GAMES LITIGATION,<br><br>------------------------------<br><br> FRANK CUSTODERO; et al.,<br><br>            Plaintiffs - Appellants,<br><br>v.<br><br>APPLE INC., | No. 22-16916<br><br>D.C. No. 5:21-md-02985-EJD<br><br>U.S. District Court for Northern California, San Jose |

Defendant - Appellee.

| | |
|---|---|
| In re: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION, <br><br>------------------------------<br><br> JENNIFER ANDREWS; et al.,<br><br>          Plaintiffs - Appellees,<br><br>   v.<br><br>GOOGLE, LLC and GOOGLE PAYMENT CORP.,<br><br>          Defendants - Appellants. | No. 22-16921<br><br>D.C. No. 5:21-md-03001-EJD<br>U.S. District Court for Northern California, San Jose |
| In re: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION, <br><br>------------------------------<br><br> JENNIFER ANDREWS; et al.,<br><br>          Plaintiffs - Appellants,<br><br>   v.<br><br>GOOGLE, LLC and GOOGLE PAYMENT CORP.,<br><br>          Defendants - Appellees. | No. 22-16923<br><br>D.C. No. 5:21-md-03001-EJD<br>U.S. District Court for Northern California, San Jose |

The judgment of this Court, entered May 21, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT